

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00399-CV

**IN RE** Stephanie **ANDERSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

On June 22, 2016, relator filed a petition for writ of mandamus and emergency motion for stay. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 22, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 381055, styled *Stephanie Anderson d/b/a Trinity Lace Wigs v. Barbara Technologies Corporation d/b/a Americas Computer Company, C.E.B Spaur a/k/a Bart Spaur, and Barbara Spaur*, pending in the County Court at Law No. 5, Bexar County, Texas, the The Honorable Tommy Stolhandske presiding.